# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| IN THE MATTER OF THE JANET C. KELSEY, CO-TRUST | : | No. 550 MAL 2021 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| PETITION OF: MARIE SAGE KELSEY, CO-TRUSTEE | : | from the Order of the Superior Court |
| | : | |

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 24th day of May, 2022, the Petition for Allowance of Appeal is **DENIED**.  Respondents' Counter-Petition for Violation of Pa.R.A.P. 2744 is **DENIED**.